IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 21-cv-03486 |
| | ) |
| REHN INVESTMENTS, LLC d/b/a | ) Judge Steven C. Seeger |
| Embassy Suites by Hilton Chicago-O'Hare | ) |
| Rosemont, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's order dated October 12, 2021 [Dkt#12] the parties, through their respective counsel of record, submit this joint status report as follows:

1. The parties have resolved this dispute and are in the process of executing the settlement documents. When the settlement documents are fully executed, the parties will file a stipulation to dismiss the action, with prejudice and without costs to either party.

2. The Parties request that the Court schedule another status report in 30 days, but fully expect the matter to have been dismissed prior to that date. Alternatively, the Court can dismiss the action without prejudice with leave to reinstate within 30 days if the settlement is not completed.

HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
77 W. Washington St. Ste 1300
Chicago, IL 60602
(312) 854-3833
marshall@mjburtlaw.com

REHN INVESTMENTS, LLC
d/b/a Embassy Suites by Chicago-O'Hare Rosemont

By:*/s/ John P. Lynch Jr.*
John P. Lynch Jr.
Cremer Spina
One North Franklin, 10th Floor
Chicago, IL 60606
(312)980-3018
JLynch@cremerspina.com